IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CLARENCE O NEAL LEVERETTE

BANKRUPTCY CASE NO.: 11-51548 KMS

ADVERSARY PROCEEDING AGAINST COMMUNITY BANK
FOR AN ORDER REQUIRING
TURNOVER OF PROPERTY
OR ALTERNATIVELY FOR CONTEMPT

BEFORE THE COURT COMES NOW, Clarence O Neal Leverette, by and through his undersigned attorney of record and files this his Adversary Proceeding against Community Bank for an Order Requiring Turnover of Property or Alternatively for Contempt and would respectfully request that Community Bank be held in contempt for violation of the automatic stay and would respectfully say unto this Honorable Court as follows, to-wit:

1. That specifically, on the 8th day of July, A.D., 2011, Clarence Leverette filed his Chapter 13 Bankruptcy and received cause number 11-51548 KMS and that Community Bank was immediately notified of said filing and stopped the foreclosure that was pending. However, with notice of the foreclosure took his farming tractor and has to this point refused to return the same.

WHEREFORE, PREMISES CONSIDERED Clarence Leverette files this his Adversary proceeding and would request that Community Bank be held in contempt for violation of the automatic stay and sanctioned accordingly.

RESPECTFULLY SUBMITTED, this the 3rd day of February, A.D., 2012.

/s/ JOHN H. ANDERSON

CERTIFICATE OF SERVICE

I, JOHN H. ANDERSON, do hereby certify that I have this day caused a true and correct

copy of the above and foregoing document to be forwarded via ECF and/or via U. S. Mail postage prepaid to the Hon. Stephen E. Gardner at his usual and last know mailing address the same being Post Office Box 23059 Jackson, MS 39225-3059.

Dated this the 3rd day of February, A.D., 2012.

/s/ JOHN H. ANDERSON

JOHN H. ANDERSON
ATTORNEY AT LAW
713 ARLEDGE STREET
HATTIESBURG, MS 39401-4349
TELEPHONE NO.: 601-544-6077
FACSIMILE: 601-582-3997 MSB # 1580
EMAIL: johnjohna7@aol.com