IN THE UNITED STATES BANKUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   CLARENCE O'NEAL LEVERETTE, SR.              CHAPTER 13

DEBTOR                                               BANKRUPTCY NO. 11-51548

                                                     ADVERSARY NO. 12-05005

## ORDER

This cause came to be heard on Community Bank's Motion to Dismiss (Dkt. # 4), and the Court having heard argument of counsel and having considered the same, does hereby find the following:

THAT, the Motion to Dismiss the adversary is granted in part as to the claim to turnover the tractor.

THAT, the Motion to Dismiss the adversary is denied as to the claim for contempt.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Motion to Dismiss shall be and is hereby granted as to the claim for turnover of tractor and denied as to claim for contempt.

SO ORDERED

Submitted to the Court By:

Stephen E. Gardner (MSB 4749)
YoungWilliams P.A.
P. O. Box 23059
Jackson, MS  39225-3059
Telephone:   601-948-6100
Fax:         601-355-6136
steve.gardner@youngwilliams.com