United States Bankruptcy Court
Southern District of Mississippi

Leverette, Sr,
    Plaintiff

Adv. Proc. No. 12-05005-KMS

COMMUNITY BANK,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0538-1        User: csnow          Page 1 of 2          Date Rcvd: Mar 16, 2012
                           Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2012.
ust        +United States Trustee,   501 East Court Street,   Suite 6-430,   Jackson, MS 39201-5022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft         COMMUNITY BANK
pla         Clarence O'Neal Leverette, Sr
                                                                                                                     TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2012**                        **Signature:** *Joseph Speetjens*

```
District/off: 0538-1          User: csnow                Page 2 of 2                   Date Rcvd: Mar 16, 2012
                              Form ID: pdf012            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2012 at the address(es) listed below:
              J. C. Bell T1    mdg@jcbell.net
              John H. Anderson    on behalf of Plaintiff Clarence Leverette johnjohna7@aol.com
              Stephen E. Gardner    on behalf of Defendant  COMMUNITY BANK steve.gardner@youngwilliams.com
                                                                                             TOTAL: 3

IN THE UNITED STATES BANKUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         CLARENCE O'NEAL LEVERETTE, SR.                    CHAPTER 13

         DEBTOR                                      BANKRUPTCY NO. 11-51548

                                                     ADVERSARY NO. 12-05005

## ORDER

This cause came to be heard on Community Bank's Motion to Dismiss (Dkt. # 4), and the Court having heard argument of counsel and having considered the same, does hereby find the following:

THAT, the Motion to Dismiss the adversary is granted in part as to the claim to turnover the tractor.

THAT, the Motion to Dismiss the adversary is denied as to the claim for contempt.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Motion to Dismiss shall be and is hereby granted as to the claim for turnover of tractor and denied as to claim for contempt.

SO ORDERED

Katharine M. Samson
United States Bankruptcy Judge
Dated: March 15, 2012

Submitted to the Court By:

Stephen E. Gardner (MSB 4749)
YoungWilliams P.A.
P. O. Box 23059
Jackson, MS  39225-3059
Telephone:   601-948-6100
Fax:         601-355-6136
steve.gardner@youngwilliams.com